UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMINGO MONTAR-MORALES,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL OBENLAND,<br><br>Respondent. | CASE NO. C19-1811 MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND |

THIS MATTER comes before the Court on Petitioner's Motion for Extension of Time (Dkt. No. 19). Having reviewed the Motion, and finding that good cause exists to extend Petitioner's deadline to respond, the Court GRANTS the Motion. Petitioner may file his objections to the Report and Recommendation **no later than August 31, 2020**. The Clerk shall re-note the Report and Recommendation accordingly. Further, Petitioner's Second Motion for an Extension of Time (Dkt. No. 21) is now moot and the Clerk shall strike the motion from the docket.

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND - 1

1      The Court also responds to Petitioner's Request for "the document number for

2  submission of relevant state court record." (Dkt. No. 20.) Although unclear from the text of

3  Petitioner's request, the Court believes Petitioner is requesting that the Court inform him that his

4  state court record was filed under Document Number 8 and Exhibits 1-2 thereto.

5

6      The clerk is ordered to provide copies of this order to Petitioner and all counsel.

7  Dated August 3, 2020.

8

9                                          Marsha J. Pechman

10                                         United States Senior District Judge